PRISONER CASE

FILED CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

AUG 28 2008 CM
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | United States ex. rel MELVIN CLIFTON | **Defendant(s):** | KEN BARTLEY, etc. |
| **County of Residence:** | ALEXANDER | **County of Residence:** | |
| **Plaintiff's Address:** | Melvin Clifton<br>N-80624<br>Tamms - CMAX<br>8500 Supermax Road<br>Tamms, IL 62988 | **Defendant's Attorney:** | Chief Of Criminal Appeals<br>Illinois Attorney General's Office<br>100 W. Randolph, 12th Floor<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

08cv4928

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08cv4928
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:**  /s/    **Date:** 8/28/08