FILED
AUG 28 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

MELVIN CLIFTON, PRO SE,
REG. NO. N-80624
Plaintiff

08cv4928

v.

KEN BARTLEY; WARDEN
TAMMS SUPERMAX PRISON
Defendant(s)

08cv4928
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, MELVIN CLIFTON, declare that I am the ☒plaintiff ☒petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☒in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # N-80624  Name of prison or jail: TAMMS MAX PRISON
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: TEN DOLLARS

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: NONE
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes ☒No
      Amount _____ Received by _____

      b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

      c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

      d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                                            ☐Yes    ☒No
Amount_____ Received by_____

      e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

      f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                                             ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _8-19-08_ x

_____/s/ Melvin Clifton_____ x
Signature of Applicant

_Mr. Melvin Clifton_ x
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Melvin Clifton_, I.D.# _N90624_, has the sum of $ _111.94_ on account to his/her credit at (name of institution) _Tamms CC_.

I further certify that the applicant has the following securities to his/her credit: _Not Known_. I further certify that during the past six months the applicant's average monthly deposit was $ _93.31_.

(Add all deposits from all sources and then divide by number of months).

_____/s/ Lois Prater_____
SIGNATURE OF AUTHORIZED OFFICER

_Lois Prater_
(Print name)

DATE
AUG 21 2008
TAMMS CORR CENTER
TRUST OFFICE

rev. 10/10/2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 8/21/2008 | | | | Tamms Correctional Center | | | Page 1 |
| Time: 1:42pm | | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 02/01/2008 thru 08/21/2008;   Inmate: N80624;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N80624 Clifton, Melvin**                              **Housing Unit: TAM-G -03-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 132.08 |
| 02/04/08 | Mail Room | 01 MO/Checks (Not Held) | 035252 | 1194540 | Knowles | 50.00 | 182.08 |
| 02/04/08 | Mail Room | 01 MO/Checks (Not Held) | 035252 | 1194263 | Knowles | 50.00 | 232.08 |
| 02/08/08 | Point of Sale | 60 Commissary | 039769 | 143606 | Commissary | -47.75 | 184.33 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046127 | | P/R month of 01/2008 | 10.00 | 194.33 |
| 02/15/08 | Mail Room | 01 MO/Checks (Not Held) | 046254 | 397058 | Blount, Annette | 50.00 | 244.33 |
| 02/15/08 | Mail Room | 01 MO/Checks (Not Held) | 046254 | 397059 | Blount, Annette | 50.00 | 294.33 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 02/05/2008 | -.41 | 293.92 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 02/15/2008 | -.41 | 293.51 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 02/11/2008 | -.58 | 292.93 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 02/14/2008 | -.41 | 292.52 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 02/05/2008 | -1.23 | 291.29 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 01/28/2008 | -.41 | 290.88 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 02/04/2008 | -1.23 | 289.65 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 02/05/2008 | -.41 | 289.24 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 01/28/2008 | -.82 | 288.42 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 01/28/2008 | -.41 | 288.01 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 01/28/2008 | -.41 | 287.60 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 02/04/2008 | -.41 | 287.19 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 01/28/2008 | -.41 | 286.78 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 01/28/2008 | -.41 | 286.37 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 02/14/2008 | -1.23 | 285.14 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 01/23/2008 | -.41 | 284.73 |
| 02/19/08 | Disbursements | 80 Postage | 050327 | Chk #38623 | DOC: 523 Fund Reimbursements, Inv. Date: 01/25/2008 | -.41 | 284.32 |
| 02/19/08 | Mail Room | 01 MO/Checks (Not Held) | 050254 | 8777340064 | Green Kenan, Barbara | 50.00 | 334.32 |
| 02/29/08 | Point of Sale | 60 Commissary | 060769 | 144211 | Commissary | -46.06 | 288.26 |
| 02/29/08 | Disbursements | 88 Miscellaneous Payables | 060327 | Chk #38727 | Hamilton, Edward, Inv. Date: 02/29/2008 | -28.90 | 259.36 |
| 03/11/08 | Mail Room | 01 MO/Checks (Not Held) | 071254 | 197663 | Blount, Annette | 50.00 | 309.36 |
| 03/13/08 | Payroll | 20 Payroll Adjustment | 073127 | | P/R month of 02/2008 | 9.86 | 319.22 |
| 03/14/08 | Disbursements | 88 Miscellaneous Payables | 074327 | Chk #38805 | Ventura Mail Order Books, Inv. Date: 03/14/2008 | -10.00 | 309.22 |
| 03/14/08 | Point of Sale | 60 Commissary | 074769 | 144666 | Commissary | -39.00 | 270.22 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 03/12/2008 | -.41 | 269.81 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 03/12/2008 | -.99 | 268.82 |
| 03/17/08 | Disbursements | 90 Medical Co-Pay | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/26/2008 | -2.00 | 266.82 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 8/21/2008 | | | Tamms Correctional Center | | | Page 2 |
| Time: | 1:42pm | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 02/01/2008 thru 08/21/2008; Inmate: N80624; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N80624 Clifton, Melvin**  **Housing Unit: TAM-G -03-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 03/14/2008 | -.58 | 266.24 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/28/2008 | -.41 | 265.83 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 03/14/2008 | -.41 | 265.42 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/29/2008 | -.41 | 265.01 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 03/14/2008 | -.41 | 264.60 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/26/2008 | -.41 | 264.19 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/25/2008 | -.41 | 263.78 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/25/2008 | -.41 | 263.37 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/25/2008 | -.58 | 262.79 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/29/2008 | -.41 | 262.38 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/19/2008 | -.58 | 261.80 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/19/2008 | -.41 | 261.39 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/19/2008 | -.41 | 260.98 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 02/25/2008 | -.41 | 260.57 |
| 03/17/08 | Disbursements | 80 Postage | 077327 | Chk #38840 | DOC: 523 Fund Reimbursements, Inv. Date: 03/14/2008 | -.41 | 260.16 |
| 03/27/08 | Disbursements | 88 Miscellaneous Payables | 087327 | Chk #38894 | Heavenly Letters, Inv. Date: 03/27/2008 | -5.00 | 255.16 |
| 03/28/08 | Point of Sale | 60 Commissary | 088769 | 145060 | Commissary | -47.41 | 207.75 |
| 03/31/08 | Mail Room | 02 MO/Checks (Held) | 091252 | 735223 | Edward Hamilton, Refund | .50 | 208.25 |
| 03/31/08 | Mail Room | 01 MO/Checks (Not Held) | 091252 | 254802 | Clifton, Charolotte | 50.00 | 258.25 |
| 04/09/08 | Payroll | 20 Payroll Adjustment | 100127 | | P/R month of 03/2008 | 10.00 | 268.25 |
| 04/11/08 | Point of Sale | 60 Commissary | 102770 | 145352 | Commissary | -42.90 | 225.35 |
| 04/16/08 | Disbursements | 88 Miscellaneous Payables | 107327 | Chk #38980 | Hamilton, Edward, Inv. Date: 04/15/2008 | -11.45 | 213.90 |
| 04/17/08 | Disbursements | 80 Postage | 108327 | Chk #39028 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 04/09/2008 | -.41 | 213.49 |
| 04/17/08 | Disbursements | 80 Postage | 108327 | Chk #39028 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 04/09/2008 | -.41 | 213.08 |
| 04/17/08 | Disbursements | 80 Postage | 108327 | Chk #39028 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 04/08/2008 | -.41 | 212.67 |
| 04/17/08 | Disbursements | 80 Postage | 108327 | Chk #39028 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 04/15/2008 | -.41 | 212.26 |
| 04/17/08 | Disbursements | 80 Postage | 108327 | Chk #39028 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/27/2008 | -1.14 | 211.12 |
| 04/17/08 | Disbursements | 80 Postage | 108327 | Chk #39028 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/26/2008 | -.82 | 210.30 |
| 04/25/08 | Point of Sale | 60 Commissary | 116769 | 145809 | Commissary | -46.61 | 163.69 |
| 05/08/08 | Disbursements | 88 Miscellaneous Payables | 129327 | Chk #39127 | Garden State Periodicals, LLC, Inv. Date: 05/08/2008 | -7.99 | 155.70 |
| 05/09/08 | Point of Sale | 60 Commissary | 130769 | 146081 | Commissary | -38.65 | 117.05 |
| 05/12/08 | Mail Room | 01 MO/Checks (Not Held) | 133254 | 017841 | Blount, Annette | 50.00 | 167.05 |

# Tamms Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 02/01/2008 thru 08/21/2008;　Inmate: N80624;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: N80624 Clifton, Melvin**　　　**Housing Unit: TAM-G -03-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/15/08 | Payroll | 20 Payroll Adjustment | 136127 | | P/R month of 04/2008 | 10.00 | 177.05 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/07/2008 | -.97 | 176.08 |
| 05/16/08 | Disbursements | 80 Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/13/2008 | -.42 | 175.66 |
| 05/16/08 | Disbursements | 80 Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/06/2008 | -.41 | 175.25 |
| 05/16/08 | Disbursements | 80 Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/13/2008 | -.42 | 174.83 |
| 05/16/08 | Disbursements | 80 Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/08/2008 | -.41 | 174.42 |
| 05/16/08 | Disbursements | 80 Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/07/2008 | -.41 | 174.01 |
| 05/16/08 | Disbursements | 80 Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/13/2008 | -5.80 | 168.21 |
| 05/16/08 | Disbursements | 80 Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/07/2008 | -.41 | 167.80 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/01/2008 | -.41 | 167.39 |
| 05/16/08 | Disbursements | 80 Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/13/2008 | -4.54 | 162.85 |
| 05/16/08 | Disbursements | 80 Postage | 137327 | Chk #39180 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/07/2008 | -.41 | 162.44 |
| 05/23/08 | Point of Sale | 60 Commissary | 144769 | 146450 | Commissary | -43.05 | 119.39 |
| 06/05/08 | Disbursements | 88 Miscellaneous Payables | 157327 | Chk #39270 | Glamour Girls Photos, Inv. Date: 06/05/2008 | -1.00 | 118.39 |
| 06/05/08 | Mail Room | 01 MO/Checks (Not Held) | 157252 | 1240548 | Clifton, Charlotte | 50.00 | 168.39 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165127 | | P/R month of 05/2008 | 10.00 | 178.39 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 06/05/2008 | -.42 | 177.97 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 05/27/2008 | -.42 | 177.55 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 05/28/2008 | -.42 | 177.13 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 06/10/2008 | -.42 | 176.71 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 06/11/2008 | -.42 | 176.29 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 06/10/2008 | -.84 | 175.45 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 06/10/2008 | -.59 | 174.86 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 05/28/2008 | -.42 | 174.44 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 05/27/2008 | -.42 | 174.02 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 05/22/2008 | -.42 | 173.60 |
| 06/17/08 | Disbursements | 80 Postage | 169327 | Chk #39337 | DOC: 523 Fund Reimbursements, Inv. Date: 05/28/2008 | -.42 | 173.18 |
| 06/23/08 | Mail Room | 01 MO/Checks (Not Held) | 175254 | 1658017 | Green Kenan, Barbra | 50.00 | 223.18 |
| 06/25/08 | Mail Room | 01 MO/Checks (Not Held) | 177254 | 200173 | Blount, Annette | 50.00 | 273.18 |
| 06/27/08 | Point of Sale | 60 Commissary | 179770 | 147309 | Commissary | -52.70 | 220.48 |
| 07/09/08 | Disbursements | 88 Miscellaneous Payables | 191327 | Chk #39455 | Glamour Girls Photos, Inv. Date: 07/09/2008 | -10.50 | 209.98 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 8/21/2008 | | | Tamms Correctional Center | | | Page 4 |
| Time: | 1:42pm | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 02/01/2008 thru 08/21/2008;   Inmate: N80624;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N80624 Clifton, Melvin**                                    **Housing Unit: TAM-G -03-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/10/08 | Disbursements | 88 Gift | 192327 | Chk #39489 | Pittman, D. Nzahuma, Inv. Date: 07/10/2008 | -25.00 | 164.98 |
| 07/11/08 | Point of Sale | 60 Commissary | 193769 | 147650 | Commissary | -42.85 | 142.13 |
| 07/15/08 | Payroll | 20 Payroll Adjustment | 197127 | | P/R month of 06/2008 | 10.00 | 152.13 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/09/2008 | -.42 | 151.71 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 06/20/2008 | -.42 | 151.29 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/10/2008 | -.42 | 150.87 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 06/19/2008 | -.42 | 150.45 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/08/2008 | -.42 | 150.03 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/15/2008 | -2.10 | 147.93 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/15/2008 | -1.68 | 146.25 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/08/2008 | -.42 | 145.83 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/15/2008 | -.42 | 145.41 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 06/20/2008 | -.42 | 144.99 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 06/19/2008 | -.42 | 144.57 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/10/2008 | -.42 | 144.15 |
| 07/17/08 | Disbursements | 80 Postage | 199327 | Chk #39542 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 06/19/2008 | -.42 | 143.73 |
| 07/25/08 | Point of Sale | 60 Commissary | 207769 | 148072 | Commissary | -30.71 | 113.02 |
| 07/30/08 | Mail Room | 01 MO/Checks (Not Held) | 212252 | 1262602 | Clifton, Charlotte | 50.00 | 163.02 |
| 08/08/08 | Point of Sale | 60 Commissary | 221769 | 148370 | Commissary | -43.20 | 119.82 |
| 08/15/08 | Payroll | 20 Payroll Adjustment | 228127 | | P/R month of 07/2008 | 10.00 | 129.82 |
| 08/18/08 | Disbursements | 84 Library | 231327 | Chk #39705 | Dept Of Corrections - Library, Inv. Date: 08/05/2008 | -3.20 | 126.62 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 07/18/2008 | -.84 | 125.78 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 08/08/2008 | -2.52 | 123.26 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 08/12/2008 | -.42 | 122.84 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 07/18/2008 | -.42 | 122.42 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 08/11/2008 | -.42 | 122.00 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 08/11/2008 | -.42 | 121.58 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 07/30/2008 | -.42 | 121.16 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 07/18/2008 | -.42 | 120.74 |
| 08/18/08 | Disbursements | 81 Legal Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 07/25/2008 | -2.87 | 117.87 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 07/29/2008 | -.42 | 117.45 |

Date: 8/21/2008  
Time: 1:42pm  
d_list_inmate_trans_statement_composite

Case 1:08-cv-04928   Document 3   Filed 08/28/2008   Page 8 of 8

Tamms Correctional Center  
Trust Fund  
Inmate Transaction Statement

Page 5

REPORT CRITERIA - Date: 02/01/2008 thru 08/21/2008;   Inmate: N80624;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N80624 Clifton, Melvin**  **Housing Unit: TAM-G -03-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/18/08 | Disbursements | 90 Medical Co-Pay | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 08/13/2008 | -2.00 | 115.45 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 07/18/2008 | -.84 | 114.61 |
| 08/18/08 | Disbursements | 80 Postage | 231327 | Chk #39710 | DOC: 523 Fund Reimbursements, Inv. Date: 07/18/2008 | -.42 | 114.19 |

|  |  |
|---|---|
| Total Inmate Funds: | 114.19 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.35 |
| Funds Available: | 111.84 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/19/2008 | | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 08/19/2008 | | Disb | Medical copies | 99999 DOC: 523 Fund Inmate Reimburseme | $0.25 |
| 08/21/2008 | | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 08/21/2008 | | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 08/21/2008 | | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 08/21/2008 | | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| | | | | Total Restrictions: | $2.35 |