08cv4928

**FILED**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)  MELVIN CLIFTON, PRO SE
REG. NO. N-80624

Case Number: 

v.

Defendant(s)  KEN BARTLEY & WARDEN
TAMMS SUPERMAX PRISON

Judge: 08cv4928
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **MELVIN CLIFTON**, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]: WROTE SEVERAL LAW FIRMS AND ATTORNEYS REQUESTING PRO BONO REPRESENTATION, AND WROTE MANY, MANY LETTERS TO FAMILY, FRIENDS AND BENEVOLENT ORGANIZATIONS FOR FUNDS TO HIRE AN ATTORNEY, BOTH TO NO AVAIL.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____          REG. NO. N-80624 - TAMMS MAX C.C.
Movant's Signature                 Street Address

8-19-08                            8500 SUPERMAX ROAD, TAMMS, IL 62900
Date                               City, State, ZIP

21

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |